FILED & ENTERED

FEB 24 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY dutton DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br>Jhony Mejia,<br><br>Debtor(s). | Case No: 1:09-bk-26467-MT<br>Chapter: 13<br>**ORDER DENYING MOTION TO VACATE DISMISSAL**<br>Date: February 23, 2010<br>Time: 11:00 AM<br>Location: Courtroom 302 |

On December 7, 2009, the debtor in this case filed a voluntary chapter 13 petition. On February 11, 2010, this case was dismissed due to the debtor's failure to comply with the chapter 13 requirements. On February 12, 2010, the debtor filed a motion to vacate the dismissal. However, according to the debtor's schedules, the debtor's unsecured debt exceeds the debt limits set by 11 U.S.C. §109(e). As a result,

**IT IS HEREBY ORDERED** that the motion to vacate dismissal is DENIED.

DATED: February 24, 2010

_____
United States Bankruptcy Judge

- 1 -

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER DENYING MOTION TO VACATE DISMISSAL was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of February 24, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Elizabeth (SV) F Rojas    cacb_ecf_sv@ch13wla.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Deborah M Bass
Law Offices of Deborah Bass
8961 Sunset Blvd Ste 2A
Los Angeles, CA 90069

Jhony Mejia
15738 Lassen St
North Hills, CA 91343

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

# CERTIFICATE OF NOTICE

```
District/off: 0973-1           User: admin                 Page 1 of 1                  Date Rcvd: Feb 24, 2010
Case: 09-26467                 Form ID: pdf031             Total Noticed: 4
```

The following entities were noticed by first class mail on Feb 26, 2010.
```
db          +Jhony Mejia,    15738 Lassen St,    North Hills, CA 91343-1532
aty         +Deborah M Bass,    Law Offices of Deborah Bass,    8961 Sunset Blvd Ste 2A,
             Los Angeles, CA 90069-1898
tr          +Elizabeth (SV) F Rojas,    Noble Professional Center,    15060 Ventura Blvd., Suite 240,
             Sherman Oaks, CA 91403-2436
ust         +United States Trustee (SV),    21051 Warner Center Lane, Suite 115,
             Woodland Hills, CA 91367-6550
```

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           AURORA LOAN SERVICES LLC
                                                                                                 TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 26, 2010**                    **Signature:**    _Joseph Speetjens_